IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL VIRNICH,

        Plaintiff,                    JUDGMENT IN A CIVIL CASE

    v.                                    Case No. 09-cv-340-bbc

JEFFREY VORWALD,
MICHAEL POLSKY,
BECK, CHAET, BAMBURGER &
POLSKY, S.C. and AMERICAN
TRUST AND SAVINGS BANK,

        Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jeffrey Vorwald, Michael Polsky, Beck, Chaet, Bamburger & Polsky, S.C. and American Trust and Savings Bank against plaintiff Daniel Virnich dismissing this case with prejudice for plaintiff's failure to state a claim upon which relief may be granted.

*Peter Oppeneer*                                 9/2/10

Peter Oppeneer, Clerk of Court                    Date