IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DANIEL VIRNICH,

    Plaintiff,

AMENDED
JUDGMENT IN A CIVIL CASE

v.

Case No. 09-cv-340-bbc

JEFFREY VORWALD,
MICHAEL POLSKY,
BECK, CHAET, BAMBURGER &
POLSKY, S.C., and
AMERICAN TRUST AND SAVINGS
BANK,

    Defendants.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jeffrey Vorwald; Michael Polsky; Beck, Chaet, Bamburger & Polsky, S.C.; and American Trust and Savings Bank against plaintiff Daniel Virnich dismissing this case without prejudice to plaintiff's filing his claim in state court.

| | |
|---|---|
| s/ R.Plender, Deputy Clerk | 12/27/2013 |
| Peter Oppeneer, Clerk of Court | Date |